# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**ROBERT JESUS MONTOYA, JR**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:05CR00108-01**

Michael Petrik, Staff Attorney, Federal Defender's Office
Defendant's Attorney

**THE DEFENDANT:**
[✔]  admitted guilt to violation of charge(s) 1, 2, and 3 as alleged in the violation petition filed on September 5, 2008.
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Participate in the Probation Office's Intermediate Sanction Group, as Directed by the Probation Officer | 5/20/08 - 9/5/08 |
| 2 | Failure to Submit a Written Report Within the First Five Days of Each Month | 4/5/08 - 7/5/08 |
| 3 | Failure to Submit Complete Monthly Reports | 8/4/08 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  September 13, 2005 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 4, 2008
Date of Imposition of Sentence

*/s/ Dale A. Drozd*
Signature of Judicial Officer

**DALE A. DROZD**, United States Magistrate Judge
Name & Title of Judicial Officer

November 10, 2008
Date

CASE NUMBER:        2:05CR00108-01                                                                  Judgment - Page 2 of 2
DEFENDANT:          ROBERT JESUS MONTOYA, JR

# IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of two (2) months .

Court considered the statutory provisions, including applicable and relevant factors set forth in 18 USC § 3553(a), and policy statements issued by the Sentencing Commission.  Probation granted on September 13, 2005, is revoked and the defendant is committed to the custody of the Bureau of Prisons for a term of two (2) months. Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.

[ ]       The court makes the following recommendations to the Bureau of Prisons:

[ ]       The defendant is remanded to the custody of the United States Marshal.

[ ]       The defendant shall surrender to the United States Marshal for this district.
            [ ] at ___ on ___.
            [ ] as notified by the United States Marshal.

[✔]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
            [✔] before 2:00 PM  on 12/1/2008 .
            [ ] as notified by the United States Marshal.
            [ ] as notified by the Probation or Pretrial Services Officer.
            If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

     Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

                                                         UNITED STATES MARSHAL

                                       By  _____
                                                          Deputy U.S. Marshal